|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

CATHY O'BRIEN and LAURA ADNEY, on behalf of themselves and all others similarly situated,

                Plaintiff(s),

   v.

POP SUGAR, INC. and POPSUGAR MEDIA, INC.,

                Defendant(s).

Case No: 4:18-cv-04405-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hirlye R. "Ryan" Lutz, III, an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Cathy O'Brien and Laura Adney in the above-entitled action. My local co-counsel in this case is Michael L. Schrag, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cory Watson, P.C.<br>2131 Magnolia Avenue South<br>Birmingham, AL 35205 | Gibbs Law Group, LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (205) 328-2200 | (510) 350-9700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rlutz@corywatson.com | mls@classlawgroup.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ASB-6641-E59L.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/22/18

                                            Hirlye R. "Ryan" Lutz, III
                                            APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Hirlye R. "Ryan" Lutz, III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/23/2018

                                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

*STATE OF ALABAMA*

*COUNTY OF MONTGOMERY*

    I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Hirlye Ray Lutz III has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

    I further certify that Hirlye Ray Lutz III was admitted to the Alabama State Bar September 29, 2006.

    I further certify that the said Hirlye Ray Lutz III is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2018.

    IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 31st day of October, 2017.

*Phillip W. McCallum,*
*Secretary*





LAWYERS RENDER SERVICE