Michael L. Schrag (SBN 185832)
Steve Lopez (SBN 300540)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
sal@classlawgroup.com

Hirlye R. "Ryan" Lutz, III (*pro hac vice*)
F. Jerome Tapley (*pro hac vice*)
Adam W. Pittman (*pro hac vice*)
Brett C. Thompson (*pro hac vice*)
**CORY WATSON, P.C.**
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

Benedict Y. Hur (SBN 224018)
Travis Silva (SBN 295856)
Bevan A. Dowd (SBN 308611)
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
bhur@keker.com
tsilva@keker.com
bdowd@keker.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CATHY O'BRIEN and LAURA ADNEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POPSUGAR INC. and POPSUGAR MEDIA INC.,<br><br>Defendants. | Case No. 4:18-cv-04405-HSG<br><br>**STIPULATION TO EXTEND DEADLINE (LOCAL RULE 6-2)**<br><br>Date: November 8, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Removed: July 20, 2018 |

Plaintiffs Cathy O'Brien and Laura Adney, and Defendants POPSUGAR Inc. and POPSUGAR MEDIA Inc. hereby stipulate as follows:

WHEREAS, Plaintiffs filed a proposed class action, *O'Brien v. Popsugar Inc.*, on June 7, 2018 in the Superior Court for the County of Santa Clara, and Defendants removed this case to this Court on July 20, 2018;

WHEREAS, on July 26, 2018, the parties stipulated to extend Defendants' time to respond to Plaintiffs' complaint until October 10, 2018;

WHEREAS, on August 7, 2018, the Court related the *O'Brien* litigation to *Batra v. POPSUGAR Inc.*, No. 18-cv-03752, filed on June 25, 2018;

WHEREAS, on August 16, 2018, Plaintiffs filed a motion to remand this case to state court, and on August 30, 2018, Defendants filed their opposition to this motion;

WHEREAS, Plaintiffs' reply in support of their remand motion is currently set for September 6, 2018 and Plaintiffs' remand motion is currently set for hearing on November 8, 2018; and

WHEREAS, given the Labor Day holiday and deadlines in other cases, the parties have agreed to extend Plaintiffs' time to file their reply memorandum by 7 days, up to and including September 13, 2018.

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that:

1. Plaintiffs' time to file their reply memorandum in support of their motion to remand is extended until September 13, 2018.

IT IS SO STIPULATED.

DATED: September 6, 2018          Respectfully submitted,

**GIBBS LAW GROUP LLP**

By: */s/ Michael L. Schrag*

Michael L. Schrag
Steve Lopez

1

STIPULATION TO EXTEND DEADLINE (LOCAL RULE 6-2)
CASE NO. 4:18-cv-04405-HSG

1297638.01

| | |
|---|---|
| 1 | 505 14th Street, Suite 1110 |
| 2 | Oakland, California 94612 |
| | Telephone: (510) 350-9700 |
| 3 | Facsimile: (510) 350-9701 |
| | mls@classlawgroup.com |
| | sal@classlawgroup.com |


505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
sal@classlawgroup.com

Hirlye R. "Ryan" Lutz, III (*pro hac vice*)
F. Jerome Tapley (*pro hac vice*)
Adam W. Pittman (*pro hac vice*)
Brett C. Thompson (*pro hac vice*)
**CORY WATSON, P.C.**
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Attorneys for Plaintiffs*

DATED: September 6, 2018          **KEKER, VAN NEST & PETERS LLP**

By: */s/ Travis Silva*

Benedict Y. Hur (SBN 224018)
Travis Silva (SBN 295856)
Bevan A. Dowd (SBN 308611)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
bhur@keker.com
tsilva@keker.com
bdowd@keker.com

*Attorneys for Defendants*

## DECLARATION OF MICHAEL L. SCHRAG

I, Michael L. Schrag, declare as follow:

1. I am a member in good standing of the California State Bar and a partner at the law firm of Gibbs Law Group LLP, counsel for Plaintiffs in this action. I made this declaration based on my personal knowledge, and if called to testify to the contents below, I would and would do so.

2. On August 17, 2018, Plaintiffs filed a motion to remand this case to state court. The motion is set for hearing on November 8, 2018.

3. Pursuant to Civil L.R. 7-3(c), Plaintiffs' reply in support of the motion is currently due on September 6, 2018.

4. The parties agree that due to the Labor Day holiday and counsel's schedule, an extension of Plaintiffs' reply deadline is appropriate. Specifically, the parties agree that Plaintiffs' time to file a reply in support of their motion should be extended by 7 days to September 13, 2018.

5. The only prior time modification in the case was a stipulation extending the deadline for Defendants to respond to the Complaint by seventy-five days. The requested time modification would not have any impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct and this declaration was executed on the 5th day of September 2018 in Oakland, California.

By: */s/ Michael L. Schrag*

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael L. Schrag, am the ECF USER whose ID and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatories listed above have concurred in this filing.

DATED: September 6, 2018      By:  */s/ Michael L. Schrag*

* * *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 6, 2018

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge