| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>Benedict Y. Hur - # 224018<br>bhur@keker.com<br>Travis Silva - # 295856<br>tsilva@keker.com<br>Bevan A. Dowd - # 308611<br>bdowd@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorneys for Defendants<br>POPSUGAR INC. and POPSUGAR MEDIA INC. | GIBBS LAW GROUP LLP<br>Michael L. Schrag (SBN 185832)<br>Steve Lopez (SBN 300540)<br>505 14th Street, Suite 1110<br>Oakland, California 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>mls@classlawgroup.com<br>sal@classlawgroup.com<br><br>CORY WATSON, P.C.<br>Hirlye R. "Ryan" Lutz, III (*pro hac vice*)<br>F. Jerome Tapley (*pro hac vice*)<br>Adam W. Pittman (*pro hac vice*)<br>Brett C. Thompson (*pro hac vice*)<br>2131 Magnolia Avenue South<br>Birmingham, Alabama 35205<br>Telephone: (205) 328-2200<br>Facsimile: (205) 324-7896<br><br>Attorneys for Plaintiffs<br>Cathy O'Brien and Laura Adney |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CATHY O'BRIEN and LAURA ADNEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POPSUGAR INC. and POPSUGAR MEDIA INC.,<br><br>Defendants. | Case No. 4:18-cv-04405-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept.: Courtroom 2 - 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Removed: July 20, 2018<br>Trial Date: Not Yet Set |

1 | Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Cathy O'Brien and Laura Adney and
2 | Defendants POPSUGAR Inc. and POPSUGAR MEDIA Inc. hereby stipulate as follows:
3 | WHEREAS, the initial case management conference in this matter is currently set for
4 | September 25, 2018;
5 | WHEREAS, Plaintiffs have noticed their motion to remand for November 8, 2018;
6 | WHEREAS, in the related case of *Batra v. POPSUGAR*, No. 18-cv-03752-HSG,
7 | POPSUGAR has noticed its motion to dismiss for November 8, 2018;
8 | WHEREAS, the parties to this action agree that continuing the initial case management
9 | conference until the November 8 hearing would promote judicial economy and conserve party
10 | resources;
11 | WHEREAS, the parties to this action have previously modified timelines in this case only
12 | to extend POPSUGAR's deadline to respond to the Complaint and to agree to a stipulated
13 | extension of time for Plaintiffs to reply to Defendant's Opposition to the motion to remand; and
14 | WHEREAS, the Court has not yet set a schedule for this case within the meaning of Civil
15 | Local Rule 6-2(a)(3);
16 | The parties, by this stipulation, request that the Court **CONTINUE** the September 25, 2018 case
17 | management conference to November 8, 2018, when all counsel in this and the related action will
18 | be present in Court.
19 | //
20 | //
21 | //

| | | |
|---|---|---|
| Dated: September 11, 2018 | | **GIBBS LAW GROUP LLP** |
| | By: | */s/ Steve Lopez* |
| | | Michael L. Schrag |
| | | Steve Lopez |
| | | **CORY WATSON, P.C.** |
| | | Hirlye R. "Ryan" Lutz, III |
| | | F. Jerome Tapley |
| | | Adam W. Pittman |
| | | Brett C. Thompson |
| | | Attorneys for Plaintiffs |
| | | Cathy O'Brien and Laura Adney |
| Dated: September 11, 2018 | | **KEKER, VAN NEST & PETERS LLP** |
| | By: | */s/ Benedict Y. Hur* |
| | | Benedict Y. Hur |
| | | Travis Silva |
| | | Bevan A. Dowd |
| | | Attorneys for Defendants |
| | | POPSUGAR INC. and POPSUGAR MEDIA INC. |

*\* Pursuant to Civil Local Rule 5-1, the attorney filing this document attests that he has obtained concurrence in the filing of this document from any other signatories.*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having considered the parties' stipulation dated September 11, 2018 and good |
| 3 | cause appearing grants the relief sought therein. The initial case management conference |
| 4 | currently set for September 25, 2018 is **CONTINUED** to November 8, 2018. |
| 5 | **IT IS SO ORDERED.** |

Dated: September 12, 2018

By: *Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT